# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 9, 2014

### NO. 03-14-00275-CV

**Carnel Denmon, Appellant**

**v.**

**Demetras Michelle Denmon, Appellee**

**APPEAL FROM 335TH DISTRICT COURT OF LEE COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**VACATED AND REMANDED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on January 29, 2014. The parties have filed a joint motion requesting that we reverse the trial court's judgment and enter judgment according to the terms of their settlement agreement. Having considered the motion and the settlement agreement, we grant the motion to the extent that we set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.